STATE OF CONNECTICUT *v.* MURRAY R. GOLD

The defendant's motion for summary reversal of the judgment of conviction in the Superior Court in the judicial district of Waterbury or for summary reversal of that court's denial of the motion for appointment of special public defenders and waiver of fees, costs and security is denied.

The defendant's motion for a review of the denial, by the Superior Court in the judicial district of Waterbury, of the appointment of special public defenders and waiver of fees, costs and security is granted and the relief sought therein is denied.

*Victor M. Ferrante* and, of the New York Bar, *William M. Kunstler,* in support of the motion.

*Francis M. McDonald,* state's attorney, and *Bradford J. Ward,* assistant state's attorney, in opposition.

Submitted September 21—decided September 28, 1977

NATIONAL AMUSEMENTS, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST HARTFORD

The defendant's petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*William A. Roberto,* assistant corporation counsel, in support of the petition.

*Herbert Barall,* in opposition.

Submitted September 22—decided September 28, 1977